NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

IN RE ALTERA CORPORATION, LATTICE
SEMICONDUCTOR CORPORATION,
AND XILINX, INC.,
*Petitioners.*

Miscellaneous Docket No. 121

On Petition for Writ of Mandamus to the United States
District Court for the District of Delaware in case no. 10-
CV-1065 Judge Leonard P. Stark.

## ON PETITION

## ORDER

Altera Corporation et al. submit a petition for a writ
of mandamus to direct the United States District Court
for the District of Delaware to vacate its order denying
Altera's motions to transfer, and direct the court to trans-
fer the case to the United States District Court for the
Northern District of California.

Upon consideration thereof,

It Is Ordered That:

Intellectual Ventures I LLC et al. are directed to respond no later than April 2, 2012.

FOR THE COURT

MAR 1 2 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Gregory A. Castanias, Esq.
Alan H. Blankenheimer, Esq.
John M. Desmarais, Esq.
Clerk, United States District Court for District of
Delaware

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAR 1 2 2012

**JAN HORBALY**
**CLERK**